FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 15, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LUKE S.,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ANDREW M. SAUL, Commissioner of Social Security,<br><br>　　　　　Defendant. | No.  4:20-cv-05086-SMJ<br><br>**ORDER DECLINING TO ADOPT REPORT AND RECOMMENDATION AS MOOT AND DIRECTING ASSIGNMENT TO JUDGE DIMKE** |

Before the Court is Magistrate Judge Rodgers's May 22, 2020 Report and Recommendation, ECF No. 5, recommending the Court deny Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs, ECF No. 2. Objections to the Report and Recommendations were due on June 5, 2020. However, on June 3, 2020, Plaintiff paid the filing fee. As such, the Court declines to adopt the Report and Recommendation as moot. Further, on June 3, 2020, a Consent Order was entered referring this matter to Magistrate Judge Dimke upon consent of the parties. ECF No. 7.

Accordingly, **IT IS HEREBY ORDERED**:

1.　The Court **DECLINES** to adopt the Report and Recommendation as

**MOOT**.

**2.** The Clerk's Office is directed to reassign this matter to Judge Dimke in accordance with the Consent Order, ECF No. 7.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 15th day of June 2020.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER DECLINING TO ADOPT REPORT AND RECOMMENDATION AS MOOT AND DIRECTING ASSIGNMENT TO JUDGE DIMKE – 2